# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21-MJ-265 |
| Plaintiff, | : | |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| CHRISTOPHER WILSON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## REMOVAL AND COMMITMENT ORDER

This case came to be heard pursuant to Fed. R. Crim. P. 32.1. Defendant herein was arrested in this District on a warrant issued for alleged violations of supervised release in the United States District Court, Northern District of Mississippi, in Case No. 4:16CR00076-001. Defendant appeared via GoToMeeting on July 20, 2021, and after being advised of his rights, waived his right to an identity hearing. Defendant requested that a preliminary hearing be held in the Northern District of Mississippi.

**IT IS ORDERED THAT THE DEFENDANT BE REMOVED TO THE** United States District Court for the Northern District of Mississippi, where the alleged violation of supervised release are pending against him, for any other proceedings, as ordered by that court.

**TO THE UNITED STATES MARSHAL:**

You are hereby commanded to take custody of the above-named Defendant and to transport that Defendant with a copy of this commitment forthwith to the district of offense as specified above and there deliver the Defendant to the Unites States Marshal for that District or to some other officer authorized to receive the Defendant, all proceedings required by Fed. R. Crim. P. 32.1 having been completed.

July 21, 2021                                                    *s/Sharon L. Ovington*
                                                                    Sharon L. Ovington
                                                                    United States Magistrate Judge